IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOSSAM MOHAMMED, | )<br>) |
| Plaintiff, | ) Case No. 2:18-cv-00642<br>) |
| v. | ) District Judge Mark R. Hornak<br>) Magistrate Judge Lisa Pupo Lenihan |
| SCHNEIDER NATIONAL CARRIERS, INC., | )<br>) ECF Nos. 8 & 18<br>) |
| Defendant. | )<br>) |

## **MEMORANDUM ORDER**

The Complaint in the above captioned case was received by the Clerk of Court on May 15, 2018, upon removal from the Court of Common Pleas of Allegheny County, Pennsylvania, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 18), filed on October 12, 2018, recommended that the Motion to Dismiss (ECF No. 8), filed by Defendant Schneider National Carriers, Inc., be denied. Service of the Report and Recommendation was made on all counsel of record. In the Report and Recommendation, the parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 31ST day of October, 2018,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 8) filed by Defendant Schneider National Carriers, Inc. is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 18) of Magistrate Judge Lenihan dated October 12, 2018, is adopted as the opinion of the Court.

BY THE COURT:

MARK R. HORNAK
United States District Judge

cc: All Counsel of Record
*Via CM/ECF Electronic Mail*